IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRYSOULA KOMIS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS E. PEREZ, Secretary, | : | |
| U.S. Department of Labor, | : | No. 11-6393 |
| Defendant. | : | |

## ORDER

AND NOW, on June 16, 2014, upon consideration of Defendant Thomas E. Perez' Motion for Summary Judgment (docs. 37, 38), and Plaintiff Chrysoula Komis' Response (docs. 46-1, 46-2), and in accordance with the accompanying memorandum opinion, it is ORDERED that the Motion for Summary Judgment is DENIED.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S MAGISTRATE JUDGE