## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRYSOULA KOMIS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS E. PEREZ, Secretary, | : | |
| U.S. Department of Labor, | : | No. 11-6393 |
| Defendant. | : | |

## **ORDER**

AND NOW, on July 15, 2014, upon consideration of Defendant Thomas E. Perez' Motion for Reconsideration (doc. 48) and Plaintiff Chrysoula Komis' Response, and in accordance with the accompanying memorandum opinion, it is ORDERED that the Motion for Reconsideration is DENIED.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S MAGISTRATE JUDGE